# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-19-00470-CV

**UniFirst Holding, Inc., Appellant**

**v.**

**Hydroline, LLC, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-19-000213, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant UniFirst Holdings, Inc. has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed on Appellant's Motion

Filed: January 9, 2020